**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

DJAMSHED AKHADOV PLAINTIFF

VS. No. 2:26-CV-161-KGB-ERE

MIKE ALLEN, DEFENDANT

**ORDER**

The undersigned hereby recuses in this case.

SO ORDERED 14 October 2026.

UNITED STATES MAGISTRATE JUDGE